IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| ADRIENNE JAN WOODS,<br><br>    Plaintiff,<br><br>v.<br><br>MINIDOKA COUNTY SHERIFF'S DEPARTMENT; MINIDOKA COUNTY; CASSIA COUNTY; CITY OF RUPERT, IDAHO; KEN HALVERSON, Minidoka County Sheriff; PAUL E. FRIES, SR, Former Minidoka County Sheriff; JAMES HIGENS, Cassia County Sheriff; KEN FEDDERS, City of Rupert Police Chief; GEORGE WARRELL III, City of Heyburn Police Chief; RANDY KIDD, Mini-Cassia Drug Task Force Supervisor; JANICE CROWTHER, Minidoka County Sheriff's Deputy; CHRIS REED, Mini-Cassia Drug Task Force Deputy; ROD GATES, former Mini-Cassia Drug Task Force Deputy; and DOES 1-25,<br>    Defendants. | Case No. 4:05-CV-159-BLW<br><br>**ORDER** |

Finding good cause therefore,

NOW THEREFORE IT IS HEREBY ORDERED, that the Clerk is directed to transfer the sum of $500.00 to the Unclaimed Funds Account.

DATED: January 2, 2019

_____
B. Lynn Winmill
Chief U.S. District Court Judge